**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:17-CR-00100-NAB |
| | ) | |
| HENRY R. RYCHLIK, JR., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT WILBUR-ELLIS COMPANY'S
MOTION TO CONTINUE THE FEBRUARY 12, 2018 STATUS CONFERENCE**

Comes now Defendant Wilbur-Ellis Company, by and through its counsel, and moves to continue the status conference currently scheduled for February 12, 2018, to a date and time convenient for the Court during the week of March 12, 2018.   In support of its motion, Wilbur-Ellis states as follows:

1.      Lead counsel for Wilbur-Ellis will be out of the country on the date currently set for the status conference.

2.      Wilbur-Ellis will not change its plea on February 12, 2018, should the status conference occur that day.  Wilbur-Ellis respectfully requests that the Court sets a status conference for the week of March 12.  Wilbur-Ellis will alert the Court as soon as possible if the parties would be prepared to request that the Court convert that appearance to a change of plea hearing.

3.       Not all defendants appear to be currently represented by counsel, limiting the usefulness of any status conference involving all parties.  Specifically, counsel for defendant Collin McAtee moved to withdaw on February 1, 2018.  Dkt. 75.  The Court granted that

motion on  February 2, 2018.  Dkt. 76.  According to the docket, no attorney has filed a notice of appearance on behalf of defendant McAtee since the withdrawal.

      4.      Counsel for the United States of America has no objection to the continuance sought by Wilbur-Ellis.

      WHEREFORE, Defendant Wilbur-Ellis Company respectfully requests that the Court continue the status conference currently scheduled for February 12, 2018, to a date and time convenient for the Court during the week of March 12, 2018.

Respectfully submitted,

DATED:  February 8, 2018
      /s/ *W. Douglas Sprague*
      W. Douglas Sprague (*pro hac vice*)
      Ryan M. Buschell (*pro hac vice*)
      Aseem Padukone (*pro hac vice*)
      Covington & BURLING LLP
      One Front Street, 35th Floor
      San Francisco, California  94111
      Telephone:  415-591-6000
      Fax:  415-591-6091

      Catherine L. Hanaway, Bar #41208MO
      HUSCH BLACKWELL, LLP
      190 Carondelet Plaza
      Suite 600
      St. Louis, MO 63105
      Telephone:  314-480-1500
      Fax:  314-480-1505

      *Attorneys for Defendant Wilbur-Ellis Company*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system for service upon all counsel for record.

_/s/ W. Douglas Sprague_
W. Douglas Sprague
