UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. S1-4:17-cr-00100NAB ) |
| HENRY R. RYCHLIK, JR. WILBUR-ELLIS COMPANY COLLIN McATEE, and DIVERSIFIED INGREDIENTS, INC. | ) ) ) ) ) |
| Defendants, | ) |

**WITHDRAWAL OF OBJECTION TO ENTRY OF APPEARANCE**

COMES NOW Diversified Ingredients, Inc, by and through counsel, and withdraws it previously filed objection to the Entries of Appearance of Charles S. Birmingham and Gilbert C. Sison on behalf of the United States as Assistant United States Attorneys for the Western District of Missouri on December 1, 2017.

Respectfully submitted,

Thompson Coburn, LLP

By  _/s/ Gordon L. Ankney_
GORDON L. ANKNEY #24803MO
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6000 PHONE
(314) 552-7000 FAX
gankney@thompsoncoburn.com

Attorney for Defendant Diversified Ingredients, Inc

6702191.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                           */s/ Gordon L. Ankney*
                           GORDON L. ANKNEY #24803MO