UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date: 03/14/2018   Judge: BAKER   Case No.: 4:17-cr-00100-NAB

UNITED STATES OF AMERICA v. Rychlik, et al.

Court Reporter: FTR Gold   Deputy Clerk: A. Shepard

Assistant United States Attorney(s): Gilbert C. Sison

Attorney(s) for Defendant(s): Gordon L. Ankney, John P. Rogers, Christopher A. Slusher, William Douglas Sprague

Interpreter: ___   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance  ☐ Supervised Release Rev.  ☐ Detention Hearing  ☐ Preliminary Revocation
☐ Arraignment  ☐ Bond Review  ☐ Probation
☐ Preliminary Examination  ☐ Bond Execution/Appearance Bond  ☐ Supervised Release
☐ Motion Hearing  ☐ In Court Hrg (**WAIVER OF MOTIONS**)  ☐ Competency
  ☐ Evidentiary Hearing  ☐ Change of Plea/Sentencing  ☑ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Additional Information: Status Conference in person and via phone ( Attorneys Only).

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.
☐ Bail/Bond set in the amount of: $ ___   ☐ Secured Appearance Bond   ☐ Secured by 10%
  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
☐ Government filed motion for pretrial detention. Detention hearing scheduled for ___ before ___
☐ Preliminary examination set for ___ before ___
☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
☐ Plea entered  not guilty   Order on pretrial motions:   ☐ issued   ☐ to issue
  ☐ Oral Motion for Suppression   ☐ Written Motion for Extension of Time to File Pretrial Motions
☐ Defendant waives ___   ☐ order to issue   ☐ oral ruling
☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming
Trial date/time ___   Before ___
  ☐ Remanded to custody   ☐ Released on bond

Next hearing date/time: 04/18/2018 @ 9:00am   Type of hearing: Status Conference   Before: NAB
Proceeding commenced: 10:30am   Proceeding concluded: 10:37am   Continued to: ___

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.