UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date: 04/18/2018   Judge: BAKER   Case No. 4:17-cr-00100-NAB

UNITED STATES OF AMERICA v. Rychlik et al

Court Reporter: FTR Gold   Deputy Clerk: A. Shepard

Assistant United States Attorney(s): Charles S. Birmingham and Gilbert C. Sison

Attorney(s) for Defendant(s): Gordon L. Ankney, John P. Rogers, Christopher A. Slusher, William Douglas Sprague

Interpreter: ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance ☐ Supervised Release Rev. ☐ Detention Hearing ☐ Preliminary Revocation
☐ Arraignment ☐ Bond Review ☐ Probation
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☐ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Competency
  ☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☑ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

Additional Information: Status Conference in person and via phone (Attorneys Only). Change of plea set for defendant Wilbur-Ellis Company. The court informed attorney Christopher Slusher to have defendant Henry R. Rychlik report to USMS for processing.

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.
☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____
☐ Preliminary examination set for _____ before _____
☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
☐ Plea entered  not guilty   Order on pretrial motions: ☐ issued ☐ to issue
  ☐ Oral Motion for Suppression   ☐ Written Motion for Extension of Time to File Pretrial Motions
☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling
☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming
Trial date/time _____ Before _____
  ☐ Remanded to custody   ☐ Released on bond
Next hearing date/time: 04/25/2018 @ 9:30am   Type of hearing: Change of Plea (Wilbur Ellis)   Before: NAB
Proceeding commenced: 9:02AM   Proceeding concluded: 9:09AM   Continued to: _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.