IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. S1-4:17-CR-00100-NAB |
| | ) | |
| HENRY R. RYCHLIK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

COMES NOW Defendant Henry Rychlik, by counsel Christopher Slusher, and moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), to remove this case from the scheduled trial docket and to continue this case at least 60 days to a trial docket.

## SUGGESTIONS IN SUPPORT

1. There are other related cases pending in this Court that necessitate a continuance of this matter.

2. This continuance is not sought for purpose of dilatory delay.

3. In accordance with 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), it is submitted that a continuance outweighs the best interests of the public and the defendant to a speedy trial, which is required by 18 U.S.C. § 3161(c)(1).

4. The government is not opposed to this request.

WHEREFORE, defendant, Henry Rychlik, respectfully requests this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), to continue this case at least 60 days to a trial docket, or to any other subsequent date which this Court deems appropriate.

Respectfully Submitted,

**HOLDER | SUSAN | SLUSHER**

By  /s/Christopher A. Slusher
Christopher A. Slusher (#39321)
107 N. Seventh St.
Columbia, Missouri 65201
Telephone - 573/499-1700
Telecopy - 573/499-0969

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2019, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which sent notification of such filing to the following:

Charles Birmingham, Esq.
Gilbert C. Sison, Esq.
Kyle Bateman, Esq.
United States Attorney's Office

/s/Christopher A. Slusher
Christopher A. Slusher

2